HARRY YOUNG, Respondent, *v.* THEODORE A. SUNDERMAN, as Acting Property Clerk of the Police Department of the City of New York, Appellant.

(Submitted December 5, 1933; decided January 9, 1934.)

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly* and *Charles E. Ramsgate* of counsel), for appellant. *J. Leonard Stoll* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.